UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60292-CIV-ZLOCH

AIM RECYCLING FLORIDA, LLC, a
foreign limited liability company; and LKQ
PICK YOUR PART SOUTHEAST, LLC, a
foreign limited liability company,

    Plaintiffs,

v.

METALS USA, INC., a Florida corporation;
UNIVERSAL SCRAP MANAGEMENT,
LLC, a Florida limited liability company;
OBED LENDIAN, an individual; and
SAMUEL ABREU, an individual,

    Defendants.
_____/

## JOINT MOTION FOR ENTRY OF PRELIMINARY INJUNCTION ORDER

Plaintiffs, AIM RECYCLING FLORIDA, LLC and LKQ PICK YOUR PART SOUTHEAST, LLC, and Defendant, SAMUEL ABREU, (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 65(a), respectfully move this Court for an entry of a Preliminary Injunction Order, and in support thereof state:

1. On February 9, 2018, Plaintiffs filed their *Ex Parte* Motion for Temporary Restraining Order, Preliminary Injunction, Expedited Discovery, and Delayed Service [DE 5] (hereinafter "TRO Motion").

2. On February 13, 2018, the Court heard oral argument from Plaintiffs in support of the TRO Motion.

1

3. Having found good cause for the entry of a temporary restraining order, the Court entered the Order Granting Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, Preliminary Injunction, Expedited Discovery, and Delayed Service [DE 8] (hereinafter, the "TRO").

4. The TRO was set to expire fourteen days from entry (i.e., on February 27, 2018). *See* [DE 8], ¶ 2.

5. However, Abreu consented to a sixty day extension of the TRO, and—pursuant to the request prayed for in the Parties' Joint Motion for Extension of Temporary Restraining Order and for Continuance of Preliminary Injunction Hearing [DE 17]—the Court extended the TRO in its same substance and form until April 25, 2018. Additionally, the Court continued the Preliminary Injunction hearing to April 18, 2018 at 10:00 am. *See* Order Resetting Hearing [DE 18].

6. The Parties now jointly move this Court to enter a Preliminary Injunction of the same substance and from as the previously entered TRO, which Preliminary Injunction would extend to and expire on the date of the final determination of the merits of this matter. In support of the entry of the Preliminary Injunction order, the Parties' incorporate by reference the allegations and arguments of the TRO Motion [DE 5].

7. Furthermore, if the Court grants the relief requested herein, the Parties respectfully request that the Preliminary Injunction hearing currently scheduled for April 18, 2018 be cancelled as now being moot.

8. The Parties have attached a proposed Preliminary Injunction order hereto as **Exhibit "A"**.

*WHEREFORE*, Plaintiffs, AIM RECYCLING FLORIDA, LLC and LKQ PICK YOUR PART SOUTHEAST, LLC, and Defendant, SAMUEL ABREU, respectfully move this Court

for entry of a Preliminary Injunction order and for the cancellation of the Preliminary Injunction hearing currently scheduled for April 18, 2018, and for any other relief deemed just and proper.

Dated:  April  16th 2018                                  Respectfully submitted,

By:    */s/ Ryan K. Todd*                                    By:    */s/ Paul Petruzzi*
Oliver Benton Curtis, III, Esq.                              Paul Petruzzi, Esq.
Florida Bar No. 118156                                       Florida Bar No. 982059
Ryan K. Todd, Esq.                                           **Law Offices of Paul D. Petruzzi, P.A.**
Florida Bar No. 91679                                        8101 Biscayne Blvd., PH-701
**BROAD AND CASSEL LLP**                                     Miami, FL 33138
One Financial Plaza, 27th Floor                              petruzzi-law@msn.com
Ft. Lauderdale, FL 33394                                     Telephone: (305) 770-6550
bcurtis@broadandcassel.com                                   Fax: (305) 373-3832
rtodd@broadnandcassel.com                                    *Counsel for Defendant Samuel Abreu*
Telephone: (305) 373-9400
Fax: (305) 373-9443
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2018, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              */s/ Ryan K. Todd*
                                                              RYAN K. TODD, ESQ.