UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-60292-BLOOM/VALLE

AIM RECYCLING OF FLORIDA, LLC,
a foreign limited liability company, and LKQ
PICK YOUR PART SOUTHEAST,
LLC, a foreign limited liability company,

        Plaintiffs,
v.

METALS USA, INC., a Florida corporation,
UNIVERSAL SCRAP MANAGEMENT, LLC,
a Florida limited liability company, OBED LENDIAN,
an individual; and SAMUEL ABREU, an individual,

        Defendants.
_____/

## *UNOPPOSED* MOTION TO FILE UNDER SEAL UNREDACTED VERSIONS OF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' PLEADINGS AND DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY COUNSEL FOR PLAINTIFFS SHOULD NOT BE DISQUALIFIED

Pursuant to Local Rule 5.4 of the United States District Court for the Southern District of Florida, Defendants Obed Lendian ("Mr. Lendian") and Metals USA, Inc. ("Metals USA") (collectively "Defendants"), by and through undersigned counsel, file this Motion to File Under Seal Unredacted Versions of (1) Defendants' Motion to Strike Plaintiffs' Pleadings; and (2) Defendants' Motion for an Order to Show Cause Why Counsel for Plaintiffs Should Not be Disqualified (the "Motions"). In support, Defendants state the following:

1.    A motion to seal must "describe[] the information or documents to be sealed (the 'proposed sealed material') with as much particularity as possible, but without attaching or revealing the content of the proposed sealed material." S.D. Fla. L.R. 5.4(b)(1).

2. Defendants have recently filed redacted versions of (1) Defendants' Motion to Strike Plaintiffs' Pleadings; and (2) Defendants' Motion for an Order to Show Cause Why Counsel for Plaintiffs Should Not be Disqualified.

3. In the Motions, Defendants note that Plaintiffs initiated and pursued a criminal investigation of Mr. Lendian for the purpose of gaining an unfair advantage in this litigation.

4. It is well-settled and beyond reproach, however, that a litigant cannot use a criminal prosecution to influence a pending civil action.

5. The parties' communications in that regard, which may contain confidential settlement communications, are discussed in the Motions.

6. Defendants *are not* submitting these communications as evidence to "prove liability for or invalidity [or amount] of the claim under negotiation." *See, e.g., Ostrow v. GlobeCast Am. Inc.,* 825 F. Supp. 2d 1267, 1272–73 (S.D. Fla. 2011).

7. Instead, the purpose of including these communications is to demonstrate the improper use of criminal proceedings that tainted this civil case.

8. The publicly-filed Motions have been redacted to exclude any information relating to communications that the parties previously indicated would be confidential.

9. Plaintiffs insist on the confidentiality of these communications and therefore Defendants redacted such communications from the publicly-filed Motions in an abundance of caution.[1]

WHEREFORE, in order to properly evaluate the Motions and to consider Plaintiffs' inappropriate use of the criminal proceedings in this case, Defendants respectfully request that the

---

[1] If the Court prefers, Defendants will submit the unredacted versions of the Motions *in camera* for the Court's review and consideration.

Court enter an order sealing the unredacted versions of: (1) Defendants' Motion to Strike Plaintiffs' Pleadings; and (2) Defendants' Motion for an Order to Show Cause Why Counsel for Plaintiffs Should Not be Disqualified.  Defendants respectfully request that they remain sealed for the duration of this litigation and until further order of this Court.  A proposed order is attached for the Court's convenience.

### CERTIFICATION PURSUANT TO LOCAL RULE 71(A)(3)

Pursuant to Local Rule 7.1, counsel for Defendants certify that they have conferred with Plaintiffs and can report that Plaintiffs do not oppose this Motion.

Dated:  September 27, 2019                          Respectfully submitted,

By: *s/ Derek E. León*
Derek E. León
 Florida Bar No. 625507
James R. Bryan
 Florida Bar No. 696862
Laurie U. Mathews
 Florida Bar No. 120618
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33133
Telephone: (305) 740-1975
Facsimile:  (305) 437-8158
Email: dleon@leoncosgrove.com
Email: jbryan@leoncosgrove.com
Email: lmathews@leoncosgrove.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 27, 2019, I caused the foregoing document to be filed with the Clerk of the Court *via* CM/ECF.  I also certify that the foregoing document is being served this day on all parties and/or counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/ Derek E.  León*  
Derek E. León